**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-7886**

JOHNNY R. HUFF,

Plaintiff - Appellant,

v.

ATTORNEY GENERAL OF VIRGINIA; COMMONWEALTH OF VIRGINIA; VIRGINIA PAROLE BOARD CHAIRMAN; TIM KAINE, Gov.,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  M. Hannah Lauck, Magistrate Judge.  (3:07-cv-00744-MHL)

Submitted:  April 16, 2009          Decided:  April 23, 2009

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Johnny R. Huff, Appellant Pro Se.  Richard Carson Vorhis, Senior Assistant Attorney General, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Johnny R. Huff appeals the district court's order dismissing Huff's 42 U.S.C. § 1983 (2000) action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Huff v. Attorney General</u>, No. 3:07-cv-00744-MHL (E.D. Va. Aug. 26, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>